FILED: June 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4433

(3:07-cr-00211-MR-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

VICTORIA L. SPROUSE

       Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:07-cr-00211-MR-2 |
| Date notice of appeal filed in originating court: | 05/23/2014 |
| Appellant | US |
| Appellate Case Number | 14-4433 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |